IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WILLIAM F. ANDREWS<br>ID # 02402581<br><br>Plaintiff,<br><br>V.<br><br>CAPTAIN CHARLIE YORK, et al.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 3:23-CV-2294-B-BW |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Judge reviewed the proposed findings, conclusions, and recommendation as supplemented for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and **DISMISSES** Plaintiff's Complaint with prejudice under 28 U.S.C. § 1915(e)(2)(B) and § 1915A9(b) for failure to state a claim upon which relief may be granted.

SO ORDERED.

DATE: October 27, 2025.

_____
JANE J. BOYLE
SENIOR UNITED STATES DISTRICT JUDGE